# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CANDICE ANN BUDDENHAGEN,<br>Plaintiff | : | No. 3:15-CV-2019 |
| v. | : | (Judge Nealon) |
| CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br>Defendant | : | (Magistrate Judge Mehalchick) |

## ORDER

**AND NOW, THIS 29TH DAY OF NOVEMBER, 2016**, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Magistrate Judge's Report and Recommendation, (Doc. 15), is **ADOPTED**;

2. Plaintiff's appeal of the decision of the Commissioner of the Social Security Administration, (Doc. 1), is **DENIED**;

3. The Commissioner's decision denying Plaintiff Candice Ann Buddenhagen disability insurance benefits and supplemental security income is **AFFIRMED**; and

4. The Clerk of Court is directed to **CLOSE** this case.



**FILED**
**SCRANTON**

**NOV 29 2016**

PER _____
   DEPUTY CLERK

/s/ William J. Nealon
**United States District Judge**